# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Jerry L. Ross Jr – Plaintiff
   Vs
Gordon and Weinberg, P.C.
21 South 21st street
Philadelphia, PA 19103
   And
Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, Ohio 45242

Civil Complaint

Docket# 3O9cv482

Jury Trial Demanded

## Brief Summary and Jurisdiction

The defendants Gordon & Weinberg, P.C. are acting under authority or color of state law. Unifund CCR Partners is a debt collector that is acting under authority or color of state law. Both defendants, with full knowledge of the plaintiff's address (Jerry L. Ross Jr 10400 John price Road lot# 90 Charlotte, N.C. 28273), conspired together and viciously attacked the plaintiff's family by having a judgment served at the address of the plaintiff's father 580 miles away from Charlotte, N.C. Both defendants conspired together a more devious plan. The defendants filed a lien against the plaintiff's father's home and destroyed his father's credit report. By serving the plaintiff's father with full knowledge of the plaintiff's address, the plaintiff couldn't defend himself against the claim set forth. The plaintiff was deprived of his right to a fair trial. In addition, the defendants' cause of actions violated various civil rights in pursuant to rules 42 U.S.C. 1983, 1985, 15 U.S.C. § 1692 1692p [ Fair debt collections act ], 15 U.S.C. § § 1681-1681v [Fair credit reporting act], 18 U.S.C. § 2510 See ACLU Vs Ashcroft (2004) [Electronics communications act of 1986], 5 U.S.C. § 552a [Privacy act of 1974], 18 U.S.C. § 1961-1968 Chapter 45 [Fraud and False Statements] and Chapter 65 [Malicious Mischief], Article IV, section 1 of the U.S.C. [Full faith and credit clause] 28 U.S.C. § 1738 see Allstate Vs Hague 449 U.S. 302(1981) and 18 U.S.C. § 1001( False statements).

## Jurisdiction cont'd

This is an action under the Fair debt collection practices act, hereinafter "FDCPA" 15 U.S.C. § 1692a, et seq., FCEUA, 73 Pa. C.S. § 2270.1 et seq., "FCEUA" and for common law fraud. Jurisdiction in this case is founded upon 15 U.S.C. 1692K. This

grants the federal district without regard to the amount controversy. This court has jurisdiction over case as an adversary proceeding to rules 28 U.S.C. § § 157, 1334 and 11 U.S.C. § 523. This is a core rule proceeding under 28 U.S.C. § 157 (b) (2) (o) and 42 U.S.C. 1983, 1985.

## Complaint

**1.** Defendant #1 Unifund CCR Partners purchased a debt from Citibank National Association South Dakota (examine exhibit #7). Unifund had full knowledge of the plaintiff's address (examine exhibit#5) and hires defendant #2 (Gordon & Weinberg, P.C.) to file a judgment against the plaintiff's family's home on 1-10-06 580 miles away from Charlotte N.C. (examine exhibit#1) The plaintiff hasn't resided at his parents' home since February 16, 1997. RE: Defamation of character, slander, verbal abuse, mental abuse, Intentional affliction of emotional distress, negligence, gross negligence, neglectant conduct, outrageous conduct, fraudulent conduct, fraudulent filing, harassment, abuse of authority, collections under false pretense, devious deception, violation of the fair debt collection practices act, invasion of privacy and the privacy act of 1974.

**2.** The defendants were so negligent and careless in their research, they didn't see that the plaintiff was residing in Charlotte N.C. for the past 13 years (examine exhibit#5) (Drivers license, mortgage, utilities, tax returns ect. will be presented at trial). Furthermore, the defendants were so negligent and careless they didn't see and care the signature on the judgment was the plaintiff's father (Jerry L. Ross Sr) who resides in Glenside PA. (Examine exhibit#1). This course of action is negligent for the simple fact that a judgment must be served at a valid address which is not in Glenside PA. (Examine exhibit #1 and #5). RE: count 2 negligence, count 2 neglectant conduct, unsworn falsifications to authorities, count 2 outrageous conduct, count 2 abuse of authority, count 2 mental abuse, count 2 Intentional affliction of emotional distress and violation of the fair debt collections practices act.

**3.** The defendants with full knowledge of the plaintiff's present address (examine exhibit#5) filed in the court of common pleas Montgomery County, Norristown, Pa 19406 (Examine exhibit#3). The plaintiff had no possible way to defend against the claim set forth. RE: Violation of right to a fair trial, 18 Pa, C.S.A. section 4909 relating to unsworn falsifications to authorities; **Perjury** (examine exhibit#6). 18 U.S.C. § 1961-1968 chapter 45 [fraud and false statements] and chapter 65[malicious mischief], count 2 collections under false pretense, count 2 slander, count 2 verbal abuse, count 3 mental abuse, count 2 fraudulent filing, count 3 outrageous conduct, count 3 neglectant conduct, count 3 abuse of authority and count 3 Intentional affliction of emotional distress.

**4.** The defendants with devious intent had a lien placed upon the plaintiff's father's home nearly causing the loss of his property (examine exhibit#4). Furthermore, the fraudulent judgment was placed upon the plaintiff's father's credit report, destroying his credit. RE: counts 3 & 4 defamation of character, counts 3 & 4 slander, counts 3 & 4 negligence,

counts 3 & 4 harassment, counts 3 & 4 verbal abuse, counts 3 & 4 collections under false pretense, counts 2 & 3 devious deception, counts 4 & 5 abuse of authority, counts 4 & 5 outrageous conduct, count 4 mental abuse, count 4 neglectant conduct, count 2 fraudulent filing, identity theft, 18 U.S.C. § 1961-1968 chapter 95 [ racketeering ], attempted theft by deception, 15 U.S.C. §§ 1681-1681v [ fair credit report act ] , 18 U.S.C. § 2510 [ Electronic communication privacy act of 1986], 5 U.S.C. § 552a [ privacy act of 1974] and count 4 Intentional affliction of emotional distress.

**5.** The defendants reported the judgment on the plaintiff's credit report. The plaintiff was never served a judgment and still resides in Charlotte N.C. RE: count 5 defamation of character, count 5 slander, count 5 verbal abuse, count 5 mental abuse, count 5 negligence, count 5 neglectant conduct, count 5 harassment, count 6 abuse of authority, count 4 devious deception, count 3 fraudulent filing, count 5 collections under false pretense, count 6 outrageous conduct, 15 U.S.C. 1692-1692p [ fair debt collections practices act], 18 U.S.C. § 2510 see ACLU Vs Ashcroft (1981) [electronics communications privacy act of 1986], 5 U.S.C. § 552a [privacy act of 1974], 18 U.S.C. § 1961-1968 Chapter 45 [fraud and false statements] and Chapter 65 [malicious mischief], 15 U.S.C. §§ 1681-1681v [fair credit reporting act], count 5 Intentional affliction of emotional distress.

**6.** The defendants continued their devious plan by serving a garnishment where the plaintiff's father does his banking (examine exhibit#8). The plaintiff has no checking or savings account at PNC bank. RE: count 6 defamation of character, count 6 slander, count 6 verbal abuse, count 6 mental abuse, count 6 negligence, count 6 neglectant conduct, count 6 harassment, count 7 abuse of authority, count 5 devious deception, count 6 collections under false pretense, count 7 outrageous conduct, 15 U.S.C. 1692-1692p[fair credit collections practices act], count 4; 5 U.S.C. § 552a [privacy act of 1974], count 4; 18 U.S.C. § 1961-1968 Chapter 65 [malicious mischief], count 4 fraudulent filing, count 6 Intentional affliction of emotional distress.

**7.** The defendants acted with strong disregard and disrespect for the federal government's laws, rules and regulations. In addition to disrespect for the United States Constitution, the defendants continue to harass the plaintiff's family through the United States mail service (examine exhibit#9) Re: Count 7 mental abuse, count 7 neglectant conduct, count 8 outrageous conduct, count 7 collections under false pretense, count 7 Intentional affliction of emotional distress, count 5; 5 U.S.C. § 552a [privacy act of 1974], count 5; 18 U.S.C. § 1961-1968 Chapter 65 (malicious mischief).

## **Conclusion**

Although Unifund does not hold a license to practice law, Unifund appeared in this case as a witness and may indeed routinely appear in many of Gordon & Weinberg's cases before the court of common pleas of Montgomery County, Norristown PA. The defendants may also appear in other state courts and moves them for wage orders.

No motion for wage order was ever served upon the plaintiff, even though Gordon & Weinberg **swore under oath** that the same was served (examine exhibit 2 under dockets seq 2 filing date 1/12/06). ( 18 U.S.C. § 1001; False statements)

Defendants Unifund and Gordon & Weinberg, P.C. conspired and carried through with a fraudulent scheme to defraud the plaintiff out of $15,982.63 by adding bogus charges to the Montgomery County District Justice judgment originally in the amount of $7852.76 (examine exhibit # 5 & # 10).

Gordon & Weinberg's actions constituted a "legal action" prohibited by 15 § 1692i.

Upon information received, Unifund and other of the above defendants herein have acted to conspire to defraud multiple unsuspecting judgment debtors out of thousands of dollars and as such, the said actions as stated herein above are not bona fide errors or unintentional conduct.

Federal courts have the general equity authority and the power to restrain future conduct.

Given the past conduct of defendants, there is a strong likelihood that such will be repeated.

This court is requested to enjoin all defendants from enforcing this debt.

This court is further requested to sanction Gordon & Weinberg for the fraudulent practice of law and to enjoin future conduct of a similar nature.

The defendants are therefore **guilty of perjury,** and as such have violated §§ 1692d, 1692f as well as the "FCEUA" along with other serious violations.

Defendants' actions amount to common law fraud upon the plaintiff.

Defendants' actions in this case were malicious, fraudulent, outrageous and hence entitled the plaintiff to severe punitive damages.

## Request For Relief

Defendant #1 (Gordon & Weinberg, P.C. 21 South 21st Street Philadelphia, PA 19103) is responsible for damages for the following counts presented in this complaint.

Violation of right to a fair trial, Violation of the fair credit collections practices act ( **3 counts**), Violation of the fair credit reporting act ( **2 counts** ), Violation of the privacy act of 1974 ( **5 counts** ), Violation of the full faith and credit clause, malicious mischief ( **5**

counts ), Defamation of character ( **6 counts** ), Slander ( **6 counts** ), Negligence ( **6 counts** ), Gross Negligence, Neglectant Conduct ( **7 counts** ), Intentional affliction of emotional distress ( **6 counts** ), Outrageous Conduct ( **8 counts** ),fraud, Common law fraud, Fraudulent Conduct, Fraudulent Filing ( **3 counts** ),unprofessional conduct, Harassment ( **7 counts** ), Harassment by U.S. Mail, Collections under false pretense ( **7 counts** ), Mental Abuse ( **7 counts**), Mental Anguish, Devious Deception ( **5 counts** ), Verbal Abuse ( **6 counts** ), Abuse of Authority ( **8 counts** ), Identity theft, Malpractice, Violation of the electronics communications privacy act of 1986 ( **2 counts** ), Unsworn falsifications to authorities ( **2 counts** ), Malicious Prosecution, Invasion of Privacy, 18 U.S.C. § 1961 – 1968 [ Racketeering ],Violation on FCEUA and 18 U.S.C. § 1001.

In addition, Defendant # 1 is responsible for fraudulently false reporting to the credit bureau. The defendant # 1 (Gordon & Weinberg) is responsible for each credit inquiry presented on the credit reports of the plaintiff and his father from the first day the fraudulent judgment appears to present. The following are additional counts for each inquiry presented: (Defamation of character, Slander, Verbal abuse, Intentional Affliction of emotional distress, Malicious Mischief, Negligence, Violation of the fair credit reporting act, mental abuse, Abuse of authority, Harassment, Invasion of privacy, Fraud, Fraudulent conduct, False statements, Neglectant Conduct, Outrageous conduct, Devious deception, Identity theft and Violation of the Electronics communications act of 1986).

Defendant #2 Unifund CCR partners (10625 Techwoods Circle Cincinnati, Ohio 45242) is responsible for neglectant hiring and conspiracy of all counts caused by defendant # 1.

The plaintiff request for judgment separately and severally against the defendants herein for: Actual damages, statutory damages, monetary damages, damages under FDCPA compensatory damages, Punitive damages, for 3 times the actual damages for each count presented in this complaint, for an injunction against future conduct as enumerated herein and such other relief that the court feels is just and proper.

Mecklenburg
NORTH CAROLINA
November
2009
Jerry Ross
My Commission Expires October 5, 2011

Respectfully Submitted

Jerry L. Ross JR. (Pro se litigant)
10400 John Price Rd Lot #90
Charlotte, N.C. 28273
(704) 264-2127 – Home
(704) 891-2044 – cell

cc: The Federal Prosecutors' office
(U.S. Attorney's office)
And
Federal Bureau of Investigation
601 4th Street NW
Washington, D.C. 20535

Exhibit 1

# MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
## ORDER FOR SERVICE

Please prepare a separate request for service form for each defendant to be served by the Sheriff - Please Type or Print

To: Sheriff John P. Durante
Montgomery County Courthouse
P.O. Box 311
Norristown, PA 19404-0311
Phone: 610-278-3331    Fax: 610-278-3832

Date: 1/5/06

Prothonotary No. 06-00051

Sheriff's Cost: 43.00

| Attorney, Or Plaintiff's Name and Address: | ☒ Civil Action Complaint | Writ of Execution Levy |
|---|---|---|
| FREDERIC I. WEINBERG | Confess Judgment | Writ of Execution Attach. |
| GORDON & WEINBERG, P.C. | Complaint in Ejectment | Writ of Execution Garnish |
| 21 South 21st Street | Posting | Writ of Seizure |
| Philadelphia, PA 19103 | Writ of Possession | Impoundment |
|  |  | Court Order |
| ATTY I.D.: 41360   PHONE: 215-988-9600 | Other: |  |

UNIFUND CCR PARTNERS ET AL.

PLAINTIFF(S)

VS.

JERRY L. ROSS, JR.

DEFENDANT(S)

JERRY L. ROSS, JR.

**SERVICE UPON:**
LOCATION (MUST HAVE VALID ADDRESS OR DIRECTIONS):

2636 ARNAUD AVENUE

GLENSIDE, PA 19038

**FOR SHERIFF USE ONLY / SHERIFF'S RETURN**

PERSON SERVED: JERRY L ROSS SR
RELATIONSHIP/POSITION: FATHER
PLACE OF SERVICE: AS GIVEN
DATE OF SERVICE: 1-10-06
TIME OF SERVICE: 1110
NUMBER OF ATTEMPTS: 1
DEPUTY: Bob

2006-00051-0002
1/12/2006 3:43:47 PM
Served
William E. Donnelly
Montgomery County Prothonotary

SERVICE NOT M

| DATE: | TIME: | DEPUTY: | DEPUTY: |
|---|---|---|---|
| NO SERVICE | BAD ADDRESS | UNKNOWN AT ADDRESS | NEED BETTER ADDRESS |
| MOVED | BUILDING VACANT | ADDRESS OUT OF COUNTY | OTHER |

POSSESSION TAKEN:

| DATE: | TIME: | DEPUTY: | DEPUTY: |
|---|---|---|---|

ATTEMPTED SERVICE DATE & TIME

SUPERVISOR APPROVAL

Exhibit 2

Back to Search > Results > Case #2006-00051

### Case Details

| Case Details | |
|---|---|
| Case Number | 2006-00051 |
| Commencement Date | 1/3/2006 |
| Case Type | Complaint Civil Action |
| PFA Number | |
| Caption Plaintiff | UNIFUND CCR PARTS |
| Caption Defendant | ROSS, JERRY L JR |
| Lis Pendens Indicator | No |
| Status | 4 |
| Judge | CARPENTER |
| Parcel Number | |
| Remarks | |
| Sealed | 0 |

### Plaintiffs

| Name | Address | Country | Counsel | Co-Counsel | Notify | Sequence |
|---|---|---|---|---|---|---|
| UNIFUND CCR PARTS | 10625 TECHWOODS CIRCLE CINCINNATI, OH 45242 | | WEINBERG, FREDERIC I | | Yes | 1 |
| CITIBANK | 10625 TECHWOODS CIRCLE CINCINNATI, OH 45242 | | WEINBERG, FREDERIC I | | Yes | 2 |

### Defendants

| Name | Address | Country | Counsel | CoCounsel | Notify | Sequence |
|---|---|---|---|---|---|---|
| ROSS, JERRY L JR | 2636 ARNAUD AVE GLENSIDE, PA 19038 | | | | Yes | 1 |

### Garnishees

| Name | Address | Country | Attorney | Notify |
|---|---|---|---|---|
| PNC BK | 101 S EASTON RD GLENSIDE, PA 19038 UNITED STATES | UNITED STATES | | Yes |

### Dockets

| Seq. | Filing Date | Docket Type | Docket Text | Sealed |
|---|---|---|---|---|
| 0 | 1/3/2006 | Complaint Civil Action | | 0 |
| 1 | 1/3/2006 | Cover Sheet | | 0 |
| 2 | 1/12/2006 | (Internal Use Only) Served | JERRY L ROSS JR ON 1/10/06 | 0 |
| 3 | 2/28/2006 | Judgment Entered in Favor of | PLTFS AND AGAINST DEFT FOR $14,855.70 | 0 |
| 4 | 2/28/2006 | Notice 236 / Judgment Req Doc Mailed | | 0 |
| 5 | 2/28/2006 | Affidavit of Non-Military Service | | 0 |
| 6 | 11/29/2007 | Prae For Execution and Writ Issued with Garnishee | | 0 |
| 7 | 11/29/2007 | Interrogatories To | PNC BK | 0 |
| 8 | 12/10/2007 | (Internal Use Only) Served | PNC BANK ON 12/7/07 GRNSH | 0 |
| 9 | 1/22/2008 | Answer to Interrogatories By | PNC BK | 0 |

### Judgments

| Plaintiff | Defendant | Date | Amount |
|---|---|---|---|
| UNIFUND CCR PARTS | ROSS, JERRY L JR | 3/2/2006 | 14,855.70 |

### Archive Locations

### Linked Cases

Copyright © 2008 Paperless Solutions, Inc. All rights reserved.

Exhibit 3

**2021984**
THIS IS AN ARBITRATION MATTER.
ASSESSMENT OF DAMAGES HEARING REQUIRED.

GORDON & WEINBERG, P.C.
BY: FREDERIC I. WEINBERG, ESQUIRE
    Identification No.: 41360
    PAUL M. SCHOFIELD, JR., ESQUIRE
    Identification No.: 81894
21 SOUTH 21ST STREET
PHILADELPHIA, PA 19103
215/988-9600

---

| | |
|---|---|
| UNIFUND CCR PARTNERS ASSIGNEE OF CITIBANK UNIVERSAL CARD SVCS<br><br>10625 Techwoods Circle<br>Cincinnati, OH 45242<br><br>vs.<br><br>JERRY L ROSS JR<br>2636 ARNAUD AVE<br>GLENSIDE PA 19038 | COURT OF COMMON PLEAS<br>MONTGOMERY COUNTY<br><br><br><br>DOCKET NO. :<br><br>2006-00051-0000<br>Complaint Civil Action<br>William E. Donnelly<br>Montgomery County Prothonotary<br>1/3/2006 1:37:58 PM |

## NOTICE

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGEMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

MONTGOMERY COUNTY LAWYER REFERENCE SERVICE
100 WEST AIRY STREET
NORRISTOWN, PA 19401
(610) 279-9660

Exhibit 4

```
GORDON & WEINBERG, P.C.
BY:  FREDERIC I. WEINBERG, ESQUIRE
     Identification No.:  41360
     PAUL M. SCHOFIELD, JR., ESQUIRE
     Identification No.:        81894
21 SOUTH 21ST STREET
PHILADELPHIA, PA 19103
215/988-9600
```

| | |
|---|---|
| UNIFUND CCR PARTNERS ASSIGNEE OF<br>CITIBANK UNIVERSAL CARD SVCS | COURT OF COMMON PLEAS<br>MONTGOMERY COUNTY |
| vs. | DOCKET NO. : 2006-00 |
| JERRY L ROSS JR<br>2636 ARNAUD AVE<br>GLENSIDE PA 19038 | |

and

PNC Bank
101 South Easton Rd
Glenside, PA 19038
         **GARNISHEE**

## WRIT OF EXECUTION
### NOTICE

    This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have Legal rights to prevent your property from being taken. If you wish to exercise your rights, you must act promptly.

    The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption of $300.00. There are other exemptions which may applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or other rights.

    If you have an exemption, you should do the following promptly: (1) Fill out the attached exemption claim form and demand for a prompt hearing; (2) Deliver the form or mail it to the Sheriff's Office at the address noted.

    You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.
    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

<u>MONTGOMERY COUNTY LAWYER REFERENCE SERVICE</u>
<u>100 WEST AIRY STREET</u>
<u>NORRISTOWN , PA 19401</u>
<u>(610) 279-9660</u>

## Your *AT&T Universal Card* Statement
December 16 - January 17, 2003

**AT&T** Universal Card

2021984
Exhibit 5

Page 1 of 3

**How To Reach Us**
Visit: www.universalcard.com
Customer Service: 1 800 423-4343 or write
Cardmember Services, PO Box 44167
Jacksonville, FL 32231-4167

JERRY ROSS
Account 5491 1303 5543 6320
Calling Card + PIN
No Annual Fee/Platinum Card

### Quick Reference

| | |
|---|---|
| Minimum Payment Due | $7,852.76 |
| Due Date* | February 11, 2003 |

*Payment must be received by 1:00 pm local time on the payment due date.

| | |
|---|---|
| Amount Past Due | $1,032.89 |
| Amount Over Limit | $762.76 |
| Credit Line | $7,090.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $500.00 |
| Available Cash Advance Limit | $0.00 |

Help is available! Please call the toll-free number shown above to learn about our special payment options. Please give us the opportunity to assist you.

### Account Summary

| | |
|---|---|
| Previous Balance | 7,669.48 |
| Payments and Adjustments | 0.00 |
| MasterCard® Activity | 29.00 |
| Total AT&T Services | 0.00 |
| **New Balance** | **$7,852.76** |

Note: Detailed activity starts on page 3.

---

**Payment Record**   Amount Paid:_____   Date Paid:_____   Check Number:_____

Please follow payment instructions outlined in the "Important Instructions for Making Payments" section of the statement.

05491130355436320785276999995608

Your Account Number
5491 1303 5543 6320

Please Enter Amount of Payment Enclosed

| Payment Must Be Received By | Your Total Balance | Minimum Amount Due | $ |
|---|---|---|---|
| FEB 11 2003 | $7852.76 | $7852.76 | |

6408 NC 32 A 1 AR7050950

JERRY ROSS
LOT 90
10400 JOHN PRICE RD
CHARLOTTE NC 28273-4547

AT&T UNIVERSAL CARD
P.O. BOX 8112
S HACKENSACK, NJ 07606-8112

## VERIFICATION

FREDERIC I. WEINBERG, ESQUIRE, hereby states that he is the attorney for the Plaintiff(s) in this action and verifies that the statements made in the foregoing pleading are true and correct to the best of his knowledge, information and belief.

The undersigned understands that the statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsification to authorities.

_____
FREDERIC I. WEINBERG, ESQUIRE

Exhibit 7
2021984

## AFFIDAVIT OF INDEBTEDNESS

State of Ohio )
County of Hamilton ) ss.

Kim Kenney being sworn, deposes and says that she is Media Supervisor of Unifund CCR Partners herein called assignee, which is doing business at 10625 Techwoods Circle, Cincinnati, Ohio 45242 and that she is authorized to make the statements and representations herein.

The defendant is not in any branch of the military.

There is due and payable from Jerry L Ross Jr, Account Number 5491130355436320, the amount of $13500.90 (principal balance in the amount of $7852.76 plus interest up through 09/02/2005 in the amount of $5648.14). By the terms of the agreement between the defendant and the original creditor, interest is accruing from the aforesaid date at the rate of 25.00 percent per annum. This balance reflects any payments, credits or offsets made since the account was charged off.

Citibank (South Dakota) National Association's account was issued under the name of Citibank Universal Card Svcs. Unifund CCR Partners purchased this account from Citibank (South Dakota) National Association. Said account has been referred to Gordon & Weinberg P.C. with full power and authority to do and perform all acts necessary for the collection, settlement, adjustment, compromise or satisfaction of said claim.

DATED this September 2, 2005

_Kenney_
UNIFUND CCR PARTNERS

By: Kim Kenney
Media Supervisor

10625 Techwoods Circle   Cincinnati, OH 45242
Address

Subscribed and sworn to before me this 2 day of September, 2005
Year

K. Williams
Notary Public

My commission Expires

Client # 829



KAREN WILLIAMS
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
July 19, 2010

Exhibit 8

GORDON & WEINBERG, P.C.
BY: FREDERIC I. WEINBERG, ESQUIRE
    Identification No.: 41360
    PAUL M. SCHOFIELD, JR., ESQUIRE
    Identification No.:    81894
21 SOUTH 21ST STREET
PHILADELPHIA, PA 19103
215/988-9600

| | |
|---|---|
| UNIFUND CCR PARTNERS ASSIGNEE OF CITIBANK UNIVERSAL CARD SVCS | COURT OF COMMON PLEAS MONTGOMERY COUNTY |
| vs. | DOCKET NO. : 2006-00065 |
| JERRY L ROSS JR<br>2636 ARNAUD AVE<br>GLENSIDE PA 19038 | |
| and<br>PNC Bank<br>101 South Easton Rd<br>Glenside, PA 19038<br>**GARNISHEE** | |

### WRIT OF EXECUTION

TO THE SHERIFF OF MONTGOMERY COUNTY:

To satisfy the judgment, interest and costs against:

JERRY L ROSS JR

defendant(s)

(1) You are directed to levy upon the property of the defendant(s) and to sell defendant's('s) interest therein:


You are also directed to attach the property of the defendant(s) not levied upon in the possession of

   PNC Bank
   101 South Easton Rd
   Glenside, PA 19038- **GARNISHEE**


(specifically describe property)

and to notify the garnishee(s) that (a) an attachment has been issued: (b) the garnishee(s) is(are enjoined from paying any debt to or for the account of the defendant(s) and from delivering any property of the defendant(s) or otherwise disposing thereof.



Exhibit #9



Jerry L. Ross Jr.
2636 Arnaud Avenue
Glenside, PA 19038

Exhibit #10

(2) If property of the defendant(s) not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee(s), you are directed to notify him(them) that he(they) has(have) been added as garnishee(s) and is(are) enjoined as above stated.

|  |  |
|---|---|
| AMOUNT DUE | $14,855.70 |
| INTEREST from February 28, 2006 | $1,044.43 |
| COSTS | |
| Prothonotary fee | $23.50 |
| Sheriff fee | $59.00 |
| **TOTAL** | **$15,982.63** |

Prothonotary

BY: _William E. [signature]_
Clerk

DATE: 11/29/07