# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:9cv482

| | |
|---|---|
| **JERRY L. ROSS, JR.,** )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>**GORDON & WEINBERG, P.C.** and )<br>**UNIFUND CCR PARTNERS,** )<br>)<br>)<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

This matter is before the court on defendants' motion to dismiss the amended complaint (#17) and on plaintiff's motion to strike the declaration of Frederic L. Weinberg (#22). The motions are ripe for disposition. The parties are advised that the motions will be placed on the next motions calendar.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the motions are **CALENDARED** for hearing, and the Clerk of this Court is respectfully instructed to calendar this matter for hearing during the August 17, 2011, civil motions day.

Signed: July 7, 2011

Max O. Cogburn Jr.
United States District Judge