# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry L. Ross, Jr ,

    Plaintiff(s),

vs.

Gordon & Weinberg, P.C. ,
and Unifund CCR Partners

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-482

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2011 Order.

Signed: August 30, 2011

Frank G. Johns, Clerk
United States District Court